FILED
**United States Court of Appeals
Tenth Circuit**

**May 21, 2024**

**Christopher M. Wolpert
Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

NELLY IDOWU,

    Defendant - Appellant.

No. 24-4017
(D.C. No. 2:20-CR-00284-TS-3)
(D. Utah)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **BACHARACH**, **PHILLIPS**, and **MORITZ**, Circuit Judges.[**]

_____

This matter is before the court on the parties' *Joint Motion to Remand for Resentencing*, in which they request that the court remand this appeal to the district court for resentencing. Upon consideration and review of the record, the court:

    A.    Grants the motion;

    B.    Remands this case to the district court for resentencing and to undertake, in its discretion, all necessary and appropriate proceedings required to

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on a *Joint Motion to Remand for Resentencing* this panel has determined unanimously that oral argument would not materially assist in the determination of the appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

resentence defendant-appellant Nelly Idowu in accord with the *Joint Motion to Remand for Resentencing* filed here; and

C.    Directs the Clerk to issue the mandate forthwith.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk